**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: ADOPTION OF A.R.L. | : | No. 816 MAL 2018 |
| | : | |
| | : | |
| PETITION OF: G.K.L.S., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | | |
| IN RE: ADOPTION OF A.J.L. | : | No. 817 MAL 2018 |
| | : | |
| | : | |
| PETITION OF: G.K.L.S., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 9th day of January, 2019, the Petition for Allowance of Appeal is **DENIED**.